1042

[No. 14818–4–I. Division One. August 4, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
JEROME E. SCOTT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–00105–1, Terrence A. Carroll, J., entered May 9, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Williams and Grosse, JJ.

[No. 7698–5–II. Division Two. August 4, 1986.]

*In the Matter of the Marriage of* GLENDA M. CRETEN, *Appellant, and* ALLEN V. CRETEN, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–3–00949–8, Arthur W. Verharen, J., entered March 16, 1984. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 7608–0–II. Division Two. August 4, 1986.]

*In the Matter of the Marriage of* KATHLEEN A. KANCIANICH, *Respondent, and* RICHARD D. KANCIANICH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–3–04240–3, Thomas R. Sauriol, J., entered January 20, 1984. *Affirmed in part* and *reversed in part* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Reed, J.

[No. 7108–8–II. Division Two. August 4, 1986.]

PATRICIA HOLMAN, *Respondent,* v. HYGRADE FOOD PRODUCTS CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–2–02601–3, E. Albert Morrison, J., entered May 27, 1983. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Petrich, J., Reed, A.C.J., dissenting.